IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| Paramount Citrus Packing Company, LLC, as successor in interest to Healds Valley Farms, Inc., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 7:13-CV-00613 |
| Federal Crop Insurance Corporation and Risk Management Agency | § § § § § | |
| Defendants. | § § | |

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED ENTITIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Plaintiff, Paramount Citrus Packing Company, as successor in interest to Healds Valley Farms, Inc., and states that it has knowledge of the following entities that are financially interested in the outcome of this litigation:

1. Paramount Citrus Packing Company, LLC.

2. Healds Valley Citrus, LLC.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Boulevard, Suite 300
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-mail: lakirby@jgkl.com

By: _____
LANCE A. KIRBY
Federal ID No.: 21811
State Bar No.: 00794096

ROBERT L. GALLIGAN
Federal ID No.: 8041
State Bar No.: 07590500
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Suite 300
Weslaco, Texas 78596
Telephone: (956) 968-5402
Telecopier: (956) 969-9402
E-mail: bgalligan@jgkl.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFF
PARAMOUNT CITRUS PACKING COMPANY,
LLC, as successor in interest to HEALDS
VALLEY FARMS, INC.