UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

Paramount Citrus Packing Company, LLC
                              Plaintiff,

v.                                                        Case No.: 7:13–cv–00613
                                                           Chief Judge Ricardo H. Hinojosa

Federal Crop Insurance Corporation, et al.
                              Defendant.

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H. Hinojosa

**PLACE:**

United States District Court
1701 W. Bus. Hwy. 83
McAllen, TX

**DATE:** 1/10/14

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:    November 27, 2013

                                                                                      David J. Bradley, Clerk