IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

|  |  |  |
|---|---|---|
| Paramount Citrus Packing<br>Company, LLC, as successor in interest<br>to Healds Valley Farms, Inc., | §<br>§<br>§<br>§ |  |
| Plaintiff, | §<br>§ |  |
| v. | §<br>§ | CIVIL ACTION NO.:  7:13-CV-00613 |
| Federal Crop Insurance Corporation<br>and Risk Management Agency | §<br>§<br>§ |  |
| Defendants. | §<br>§<br>§ |  |

## PLAINTIFF'S UNOPPOSED MOTION FOR CONTINUANCE
## OF INITIAL PRE-TRIAL CONFERENCE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES, Plaintiff, **Paramount Citrus Packing Company, as successor in interest to Healds Valley Farms, Inc.**, and files this unopposed motion for continuance of the Initial Pre-trial Conference.

### A. INTRODUCTION

1.    Plaintiff is Paramount Citrus Packing Company, LLC.; defendants are Federal Crop Insurance Corporation (hereinafter referred to as "FCIC") and Risk Management Agency (hereinafter referred to as "RMA").

2.    Plaintiff filed a complaint for judicial review.

3.    The initial pre-trial conference is set for January 9, 2014.

## B. REQUEST FOR CONTINUANCE

4.      Defendants, FCIC and RMA are United States agencies and are not required to file an answer until 60 days after service. Fed. R. Civ.P. 12 (a)(2)  Defendants' answers are due January 20, 2014, which is after the initial pre-trial conference currently set for January 9, 2014.

## C.  PRAYER

5.      For these reasons, Plaintiff asks the Court to continue the Initial Pre-trial Conference until after January 20, 2014.

Respectfully submitted,

JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Boulevard, Suite 300
Weslaco, Texas  78596
Telephone:  (956) 968-5402
Telecopier:  (956) 969-9402
E-mail:  lakirby@jgkl.com


By:      _____
        LANCE A. KIRBY
        Federal ID No.:  21811
        State Bar No.:  00794096

ROBERT L. GALLIGAN
Federal ID No.:  8041
State Bar No.:  07590500
JONES, GALLIGAN, KEY & LOZANO, L.L.P.
2300 West Pike Blvd., Suite 300
Weslaco, Texas 78596
Telephone:  (956) 968-5402
Telecopier:  (956) 969-9402
E-mail:  bgalligan@jgkl.com

ATTORNEYS-IN-CHARGE FOR PLAINTIFF
PARAMOUNT CITRUS PACKING COMPANY,
LLC, as successor in interest to HEALDS
VALLEY FARMS, INC.

## **CERTIFICATE OF CONFERENCE**

I certify that on December 16, 2013, I conferred with opposing counsel, David Guerra, and he does not oppose of this motion for continuance of the initial pre-trial conference.

LANCE A. KIRBY

## **CERTIFICATE OF SERVICE**

I hereby certify that on December ___18___, 2014, I electronically filed **DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRE-TRIAL CONFERENCE** with the Clerk of Court using the CM/ECF system and faxed a copy of such filing to:

David Guerra, AUSA                         Via Facsimile # (956) 618-8016
U.S. Attorney's Office
1701 W. Bus. Hwy. 83, Suite 600
McAllen, Texas 78501

LANCE A. KIRBY